In the Matter of ROSARIO CHIRILLO et al., Appellants. RUTH TAYLOR, as Commissioner of Public Welfare of Westchester County, Respondent.

Submitted September 30, 1940; decided October 8, 1940.

Motion for a reargument denied.   (See 283 N. Y. 417.)

In the Matter of VALHALLA CORPORATION et al., Appellants, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Respondents.   (Appeal No. 2.)

Submitted September 30, 1940; decided October 8, 1940.

*Sidney S. Levine* for motion.

*William C. Chanler*, Corporation Counsel (*Paxton Blair* of counsel), opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that appellant has failed to comply with the provisions of section 591 of the Civil Practice Act.